# KLAFTER OLSEN & LESSER LLP
## ATTORNEYS AT LAW

TWO INTERNATIONAL DRIVE • SUITE 350 • RYE BROOK, NY 10573
914-934-9200 • FAX 914-934-9220 • www.klafterolsen.com

September 19, 2017

**VIA ECF AND FEDERAL EXPRESS:**
Honorable Susan D. Wigenton, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      *Re:*   *Roldan v. Toys R Us Inc.*
             Civil Action No. 2:16-cv-01929-SDW-SCM

Dear Judge Wigenton:

    We represent Plaintiff in the above-captioned case. On June 10, 2016, Defendant moved to dismiss the Complaint. Dkt. No. 16. On December 6, 2016, Your Honor administratively terminated the motion pending the Third Circuit's forthcoming decisions in *Wenger v. Bob's Discount Furniture LLC*, No. 16-1572, and *Russell v. Croscill Home LLC*, No. 16 3939. Dkt. No. 40. Your Honor stated that you would "reinstate Defendant's Motion upon issuance of the Third Circuit's decisions in both cases." *Id.* Yesterday, September 18, 2017, the Clerk's Office issued a call for dismissal pursuant to L. Civ. R. 41.1(a) based on a failure to prosecute. Dkt. No. 42.

    Plaintiff respectfully requests that the Court not dismiss this case based on a failure to prosecute. However, Plaintiff does not oppose an administrative termination of the case, without prejudice, pending the resolution of *Wenger* and *Russell*. Compare *Sweeney v. Bed Bath & Beyond*, No. 16-1927 (D.N.J.), Dkt. No. 49 (granting motion to dismiss without prejudice and ordering the Clerk to reinstate the motion after a decision in *Wenger* and *Russell*), and *Martinez v. Burlington Stores, Inc.*, No. 16-2064 (D.N.J.), Dkt. No. 45 (administratively terminating motion to dismiss based on *Russell* and *Wenger*).

    Please do not hesitate to contact us with any questions or concerns.

                                              Respectfully submitted,

                                              Seth R. Lesser

cc: Counsel of Record (by ECF)

**So Ordered**
this 20th day of Sept. 20, 2017
Susan D. Wigenton, U.S.D.J.